1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   GREGORY H. HALLIDAY  Bar No. 83554
2  gregory.halliday@sdma.com
   DEBORAH L. O'CONNOR  Bar No. 155760
3  deborah.oconnor@sdma.com
   3 Park Plaza, 17th Floor
4  Irvine, California 92614-8540
   Telephone: (949) 852-8200
5  Facsimile: (949) 852-8282

6  Attorneys for Defendant SYNTHES (U.S.A.)

FILED
JAN 2 1 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| NORMAN HENSON, | CASE NO. 1:09-CV00181-AWI-DLB |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| ERIC LINDVALL M.D.; SYNTHES USA; SYNTHES NORTH AMERICA INC.; SYNTHES NORTH AMERICA INC. d/b/a SYNTHES USA and DOES 1 TO 95, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is

1

1 | dismissed with prejudice pursuant to FRCP 41(a)(1). Each side to bear their own
2 | attorneys' fees and costs.

4 | DATED: 1/13/10

6 | By: *[signature]*
NORMAN HENSON
Plaintiff

9 | DATED: 1/13/10    LAW OFFICES OF EDWARD P. CHATOIAN

11 | By: *[signature]*
EDWARD P. CHATOIAN
Attorneys for Plaintiff
NORMAN HENSON

15 | DATED: 1-4-10

17 | By: *[signature]*
DENISE H. HOUGHTON
Vice President, Chief Litigation Counsel
on behalf of SYNTHES (U.S.A.)

21 | DATED: January 7, 2010   SEDGWICK, DETERT, MORAN & ARNOLD LLP

23 | By: *[signature]*
GREGORY H. HALLIDAY
DEBORAH L. O'CONNOR
Attorneys for Defendant
SYNTHES (U.S.A.)

25 | It is so Ordered. Dated: 1-21-10

*[signature]*
United States District Judge

2

OC/444880v1    STIPULATION OF DISMISSAL    CASE NO. 1:09-CV00181-AWI-DLB